ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                              :
In re                                         : Chapter 11
                                              :
Fairfield Residential LLC,                    : Case No. 09-14378 (BLS)
a Delaware limited liability company,         :
                                              : Re: Docket No. 2
            Debtor.                           :
                                              :
Employer's Tax Identification No.:            :
33-0778277                                    :
------------------------------------------------------------x
                                              :
In re                                         : Chapter 11
                                              :
Fairview Homes, Inc.                          : Case No. 09-14388 (BLS)
a Delaware corporation,                       :
                                              : Re: Docket No. 2
            Debtor.                           :
                                              :
Employer's Tax Identification No.:            :
20-4849930                                    :
------------------------------------------------------------x
                                              :
In re                                         : Chapter 11
                                              :
FF Development L.P.,                          : Case No. 09-14386 (BLS)
a Delaware limited partnership,               :
                                              : Re: Docket No. 2
            Debtor.                           :
                                              :
Employer's Tax Identification No.:            :
33-0772310                                    :
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| FF Properties L.P., a Delaware limited partnership, | : | Case No. 09-14382 (BLS) |
| | : | **Re: Docket No. 2** |
| Debtor. | : | |
| Employer's Tax Identification No.: 33-0775355 | : | |
| In re | : | Chapter 11 |
| Fairview Residential LLC, a Delaware limited liability company, | : | Case No. 09-14379 (BLS) |
| | : | **Re: Docket No. 2** |
| Debtor. | : | |
| Employer's Tax Identification No.: 20-4605416 | : | |
| In re | : | Chapter 11 |
| FF Realty LLC, a Delaware limited liability company, | : | Case No. 09-14392 (BLS) |
| | : | **Re: Docket No. 2** |
| Debtor. | : | |
| Employer's Tax Identification No.: 33-0775941 | : | |
| In re | : | Chapter 11 |
| Fairfield Financial A LLC, a Delaware limited liability company, | : | Case No. 09-14389 (BLS) |
| | : | **Re: Docket No. 2** |
| Debtor. | : | |
| Employer's Tax Identification No.: 20-0297014 | : | |

```
------------------------------------------------------------x
                                                            :
In re                                                       : Chapter 11
                                                            :
FF Investments LLC,                                         : Case No. 09-14383 (BLS)
a Delaware limited liability company,                       :
                                                            : Re: Docket No. 2
            Debtor.                                         :
                                                            :
                                                            :
Employer's Tax Identification No.:                          :
20-2747066                                                  :
------------------------------------------------------------x
                                                            :
In re                                                       : Chapter 11
                                                            :
Fairview Investments LLC,                                   : Case No. 09-14387 (BLS)
a Delaware limited liability company,                       :
                                                            : Re: Docket No. 2
            Debtor.                                         :
                                                            :
                                                            :
Employer's Tax Identification No.:                          :
20-4849605                                                  :
------------------------------------------------------------x
                                                            :
In re                                                       : Chapter 11
                                                            :
Fairfield Affordable Housing LLC,                           : Case No. 09-14380 (BLS)
a Delaware limited liability company,                       :
                                                            : Re: Docket No. 2
            Debtor.                                         :
                                                            :
                                                            :
Employer's Tax Identification No.:                          :
20-0297111                                                  :
------------------------------------------------------------x
                                                            :
In re                                                       : Chapter 11
                                                            :
FF Development, Inc.,                                       : Case No. 09-14385 (BLS)
a Delaware corporation,                                     :
                                                            : Re: Docket No. 2
            Debtor.                                         :
                                                            :
                                                            :
Employer's Tax Identification No.:                          :
33-0772308                                                  :
------------------------------------------------------------x
```

------------------------------------------------------------x
                                                            :
In re                                                       :  Chapter 11
                                                            :
FF Properties, Inc.,                                        :  Case No. 09-14381 (BLS)
a Delaware corporation,                                     :
                                                            :  **Re: Docket No. 2**
        Debtor.                                             :
                                                            :
                                                            :
Employer's Tax Identification No.:                          :
33-0775354                                                  :
------------------------------------------------------------x
                                                            :
In re                                                       :  Chapter 11
                                                            :
Fairview Residential L.P.,                                  :  Case No. 09-14384 (BLS)
a Delaware limited partnership,                             :
                                                            :  **Re: Docket No. 2**
        Debtor.                                             :
                                                            :
                                                            :
Employer's Tax Identification No.:                          :
20-4849788                                                  :
------------------------------------------------------------x
                                                            :
In re                                                       :  Chapter 11
                                                            :
Fairview Residential WA LLC,                                :  Case No. 09-14391 (BLS)
a Delaware limited liability company,                       :
                                                            :  **Re: Docket No. 2**
        Debtor.                                             :
                                                            :
                                                            :
Employer's Tax Identification No.:                          :
20-4849703                                                  :
------------------------------------------------------------x
                                                            :
In re                                                       :  Chapter 11
                                                            :
Fairview Residential CA L.P.,                               :  Case No. 09-14390 (BLS)
a Delaware limited partnership,                             :
                                                            :  **Re: Docket No. 2**
        Debtor.                                             :
                                                            :
                                                            :
Employer's Tax Identification No.:                          :
20-4849972                                                  :
------------------------------------------------------------x

# ORDER GRANTING EX PARTE MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES

This matter coming before the Court on the Ex Parte Motion of the Debtors and Debtors in Possession for an Order Directing the Joint Administration of Their Chapter 11 Cases (the "Motion"),[1] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and the Hinkelman Affidavit; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409 and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for In re Fairfield Residential LLC, (the "Parent Case"), Case No. 09-14378 (BLS).

3. Parties in interest are directed to use the Proposed Caption annexed hereto as Exhibit 1 when filing pleadings with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "In re Fairfield Residential LLC, et al." The consolidated caption set forth in Exhibit 1 satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

RLF1 3515808v.1

4.  A docket entry shall be made on the docket in each of the above-captioned cases (other than the Parent Case) substantially stating as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases: In re Fairfield Residential LLC, In re Fairview Homes, Inc., FF Development L.P., FF Properties L.P., Fairview Residential LLC, FF Realty LLC, Fairfield Financial A LLC, FF Investments LLC, Fairview Investments LLC, Fairfield Affordable Housing LLC, FF Development, Inc., FF Properties, Inc., Fairview Residential L.P., Fairview Residential WA LLC and Fairview Residential CA L.P. The docket of Fairfield Residential LLC in Case No. 09-14378 (BLS) should be consulted for all matters affecting this case.

5.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above captioned chapter 11 cases.

6.  This Court shall retain jurisdiction over any and all matters arising from the interpretations or implementation of this Order.

Dated: December 15, 2009
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

RLF1 3515808v.1