# **EXHIBIT A**

(Executory Contract and Leases)

| Counterparty | Description | Commitment | Contract Description | Cure Amount |
|---|---|---|---|---|
| Cutting Edge Concrete | Cielo Apartments | 0623089 | Paving/Club Floor/Pool Deck | $ 20,941.53 |
| D&K Landscape Inc | Loreto Apartments | 2904048 | Landscape | $ 7,018.47 |
| D&K Landscape Inc | Palacio Apartments | 2910047 | Landscape | $ 311.74 |
| Fairfield Grossmont Trolley LLC | General contractor | ------ | General contractor | $0.00 |
| GE Appliances | Cielo Apartments | 0623516 | GE Appliances | $ 60,241.41 |
| IES Residential Inc.,dba Houston-Stafford Electric | Cielo Apartments | 0623038 | Electrical/Lighting/TELCO-TV | $ 50,080.72 |
| Innovative Landscapes Inc | Cielo Apartments | 0623083 | Landscape/Fine Grading | $ 12,829.68 |
| Walldesign Inc | Loreto Apartments | 2904036 | Drywall | $ 62,204.40 |
| Walldesign Inc | Palacio Apartments | 2910035 | Drywall | $ 34,693.64 |