# **EXHIBIT B**

(Proposed Order)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          : Chapter 11
                                                               :
Fairfield Residential LLC, *et al.*,[1]                        : Case No. 09-14378 (BLS)
                                                               :
         Debtors.                                              : (Jointly Administered)
                                                               :
---------------------------------------------------------------x Re: Docket No. _____

**ORDER GRANTING THIRTEENTH OMNIBUS MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR AN ORDER AUTHORIZING THE ASSUMPTION OF EXECUTORY CONTRACTS AND LEASES PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6004 AND 6006**

This matter coming before the Court on the Motion of Debtors and Debtors-in-Possession for an Order Authorizing the Assumption of Executory Contracts and Leases Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 (the "Motion"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and having scheduled a hearing before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fairfield Residential LLC, a Delaware limited liability company (8277), Fairview Homes, Inc., a Delaware corporation (9930), FF Development L.P., a Delaware limited partnership (2310), FF Properties L.P., a Delaware limited partnership (5355), Fairview Residential LLC, a Delaware limited liability company (5416), FF Realty LLC, a Delaware limited liability company (5941), Fairfield Financial A LLC, a Delaware limited liability company (7014), FF Investments LLC, a Delaware limited liability company (7066), Fairview Investments LLC, a Delaware limited liability company (9605), Fairfield Affordable Housing LLC, a Delaware limited liability company (7111), FF Development, Inc., a Delaware corporation (2308), FF Properties, Inc., a Delaware corporation (5354), Fairview Residential L.P., a Delaware limited partnership (9788), Fairview Residential WA LLC, a Delaware limited liability company (9703) and Fairview Residential CA L.P., a Delaware limited partnership (9972). The mailing address of each of the Debtors is 5510 Morehouse Drive, Suite 200, San Diego, California 92121.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

Motion and the Hearing was sufficient under the circumstances and (v) good and sufficient cause having been shown; and after due deliberation and sufficient cause appearing therefore,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. As modified below, the Motion is GRANTED.

2. The Debtors may assume Contracts and Leases set forth on <u>Exhibit 1</u> attached hereto and may pay the associated cure amounts in accordance with the procedures set forth below.

3. On or before 15 days after the entry of this Crder (unless some further date is agreed to by the Debtors), each counter party to any Contract or Lease set forth on Exhibit A attached hereto, shall provide a bill to the Debtors that includes all work performed prior to the Petition Date (collectively, the "<u>Prepetition Bill</u>"). At the request of counsel for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") and/or counsel for Capmark Finance, Inc. ("<u>Capmark</u>"), the Debtors shall provide counsel for the Committee and/or counsel for Capmark with copies of the Prepetition Bill within 5 calendar days of receiving such request from the Committee and/or Capmark.

4. At periodic intervals, but in all events, prior to making payment to a counterparty or the assumption of any Contract or Lease, the Debtors shall file and serve on any Contract or Lease counterparty, counsel for the Committee and counsel for Capmark a supplemental Exhibit A (each a "<u>Supplemental Exhibit</u>") setting forth the actual Cure Amounts owed to the parties set forth on Exhibit A. Parties shall file any objections to the amounts set forth on the Supplemental Exhibit within 10 days of the filing of each such Supplemental Exhibit.

5. The Debtors shall not assume any Contract or Lease or pay any Cure

2

LEGAL_US_E # 86489273.3
RLF1 3527968v.1

Amount due to any counterparty unless and until:

    (i) with respect to any Contact or Lease in which the aggregate remaining amounts due to the counterparty under the contract as of the Petition Date (including all cure amounts due to the counterparty) are less than $300,000 for such Contract or Lease, the lenders for the Project to which the Contract or Lease relates has confirmed in writing, in a form acceptable to the Debtors, that such lender intends to continue to fund the Project through its completion; and

    (ii) with respect to any Contact or Lease in which the aggregate remaining amounts due to the counterparty (including all cure amounts due to the counterparty) are equal to or exceed $300,000 for such Contract or Lease, (a) the lenders for the Project to which the Contract or Lease relates has confirmed in writing, in a form acceptable to the Debtors that such lender intends to continue to fund the Project through its completion and (b) the Debtors have provided (i) a copy of such acceptable writing; (ii) the applicable Contract or Lease; and (iii) the aggregate amount due and owing under the Contract or Lease via electronic mail, facsimile or electronic data room to counsel for the Committee and counsel for Capmark, and neither counsel for the Committee nor counsel for Capmark has notified counsel for the Debtors of any objection within 7 calendar days of receiving such notice from the Debtors; <u>provided however</u>, that the consent of the Committee and/or Capmark to the assumption of any Contract or Lease shall not be unreasonably withheld; and <u>further provided</u> that to the extent counsel for the Committee and/or counsel for Capmark provides notice of their objection to assumption of any Contract or Lease, the Debtors shall be permitted to request an expedited hearing before the Court on any date that is at least three days after the date that the Debtors file such expedited request with the Court; and

    (iii) the Debtors have filed a Supplemental Exhibit setting forth the actual Cure Amount with respect to the Contract or Lease and either (i) no objections have been filed with respect to such Supplemental Exhibit or (ii) any objection has either been consensually resolved by the parties or the Court has entered an order resolving such objection.

    6. Nothing in the Motion or this Order, shall be deemed or construed as waiver of any claims that Debtors or their estates have or may have against the counterparty to the Contracts and Leases, whether or not such claims arise under, are related to the assumption

LEGAL_US_E # 86489273.3
RLF1 3527968v.1

of, or are independent of the assumed Contracts and Leases.

7. To the extent it may be applicable, the ten-day stay imposed by the Bankruptcy Rule 6004(h) is hereby waived.

8. The relief requested pursuant to Bankruptcy Rule 6006(e) is hereby granted.

9. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: _____, 2010
Wilmington, Delaware

                                        THE HONORABLE BRENDAN L. SHANNON
                                        UNITED STATES BANKRUPTCY JUDGE

4

LEGAL_US_E # 86489273.3
RLF1 3527968v.1

# **EXHIBIT 1**

| Counterparty | Description | Commitment | Contract Description | Cure Amount |
|---|---|---|---|---|
| Cutting Edge Concrete | Cielo Apartments | 0623089 | Paving/Club Floor/Pool Deck | $ 20,941.53 |
| D&K Landscape Inc | Loreto Apartments | 2904048 | Landscape | $ 7,018.47 |
| D&K Landscape Inc | Palacio Apartments | 2910047 | Landscape | $ 311.74 |
| Fairfield Grossmont Trolley LLC | General contractor | ------ | General contractor | $0.00 |
| GE Appliances | Cielo Apartments | 0623516 | GE Appliances | $ 60,241.41 |
| IES Residential Inc.,dba Houston-Stafford Electric | Cielo Apartments | 0623038 | Electrical/Lighting/TELCO-TV | $ 50,080.72 |
| Innovative Landscapes Inc | Cielo Apartments | 0623083 | Landscape/Fine Grading | $ 12,829.68 |
| Walldesign Inc | Loreto Apartments | 2904036 | Drywall | $ 62,204.40 |
| Walldesign Inc | Palacio Apartments | 2910035 | Drywall | $ 34,693.64 |