IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FAIRFIELD RESIDENTIAL LLC, *et al.*,[1] | Case No. 09-14378 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 245 |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF DECEMBER 22, 2009**

Upon the Application (the "Application"), of the Official Committee of Unsecured Creditors (the "Committee") of Fairfield Residential LLC., et al., as debtors and debtors-in-possession (collectively, the "Debtors") for the entry of an order, pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Committee to employ and retain GlassRatner Advisory & Capital Group, LLC ("GlassRatner") as its financial advisor, *nunc pro tunc* to December 22, 2009; and finding that adequate notice of the Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is approved; and it is further

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fairfield Residential LLC, a Delaware limited liability company (8277), Fairview Homes, Inc., a Delaware corporation (9930), FF Development L.P., a Delaware limited partnership (2310), FF Properties L.P., a Delaware limited partnership (5355), Fairview Residential LLC, a Delaware limited liability company (5416), FF Realty LLC, a Delaware limited liability company (5941), Fairfield Financial A LLC, a Delaware limited liability company (7014), FF Investments LLC, a Delaware limited liability company (7066), Fairview Investments LLC, a Delaware limited liability company (9605), Fairfield Affordable Housing LLC, a Delaware limited liability company (7111), FF Development, Inc., a Delaware corporation (2308), FF Properties, Inc., a Delaware corporation (5354), Fairview Residential L.P., a Delaware limited partnership (9788), Fairview Residential WA LLC, a Delaware limited liability company (9703) and Fairview Residential CA L.P., a Delaware limited partnership (9972). The mailing address of each of the Debtors is 5510 Morehouse Drive, Suite 200, San Diego, California 92121.

ny-905501

ORDERED that the Committee is hereby authorized and empowered to employ and retain GlassRatner, *nunc pro tunc* to December 22, 2009; and it is further

ORDERED that GlassRatner shall be entitled to allowance of compensation and reimbursement of expenses upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, and such procedures as may be fixed by order of this Court, and it is further

ORDERED that this Court shall retain jurisdiction over any matters related to implementation of this Order.

Dated: Feb. 23, 2010
Wilmington, DE

THE HON. BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE