

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
In re                                                         : Chapter 11
:
Fairfield Residential LLC, *et al.*,[1]                        : Case No. 09-14378 (BLS)
:
        Debtors.                                  : (Jointly Administered)
:
: **Re: Docket Nos. 163, 380, 440, 445, 447, 448,**
---------------------------------------------------------------x **474, 475, 495, 511, 512, 532 and 533**

## ORDER APPROVING DEBTORS' DISCLOSURE STATEMENT

The *First Amended Disclosure Statement For Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 532] (as it may be amended, the "Disclosure Statement") having been filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), in connection with *The Debtors' Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 530] (as it may be amended, the "Plan"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due, adequate and sufficient

---

[1]     The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fairfield Residential LLC, a Delaware limited liability company (8277), Fairview Homes, Inc., a Delaware corporation (9930), FF Development L.P., a Delaware limited partnership (2310), FF Properties L.P., a Delaware limited partnership (5355), Fairview Residential LLC, a Delaware limited liability company (5416), FF Realty LLC, a Delaware limited liability company (5941), Fairfield Financial A LLC, a Delaware limited liability company (7014), FF Investments LLC, a Delaware limited liability company (7066), Fairview Investments LLC, a Delaware limited liability company (9605), Fairfield Affordable Housing LLC, a Delaware limited liability company (7111), FF Development, Inc., a Delaware corporation (2308), FF Properties, Inc., a Delaware corporation (5354), Fairview Residential L.P., a Delaware limited partnership (9788), Fairview Residential WA LLC, a Delaware limited liability company (9703) and Fairview Residential CA L.P., a Delaware limited partnership (9972). The mailing address of each of the Debtors is 5510 Morehouse Drive, Suite 200, San Diego, California 92121.

notice having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.    The Disclosure Statement complies with all aspects of section 1125 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and is hereby approved as containing adequate information, as defined by section 1125(a) of the Bankruptcy Code.

2.    The Debtors have provided sufficient notice of the time fixed for filing objections to the Disclosure Statement in accordance with Bankruptcy Rules 2002 and 3017.

3.    Nothing in the Disclosure Statement, the Plan, or any order approving the Disclosure Statement or the Plan will prejudice, impact or otherwise affect whatsoever any rights Kimschott Factoria Mall, LLC ("Kimschott") may have with respect to the real property located at Bellevue, Washington (the "Kimschott Property"), including any rights Kimschott may have to sell, lease, encumber or otherwise dispose of the Kimschott Property, nor prejudice any of the rights Kimschott may have relating in any way to the purchase and sale agreement between Kimschott and the Debtors, the lawsuit filed in the Superior Court of Washington with respect to the Kimschott Property, or the appeal related thereto.

4.    The Disclosure Statement and Plan provide that under certain circumstances, OZ and CalSTRS (as defined in the Plan) have the right to request, pursuant to section 503(b) of the Bankruptcy Code and in the respective amounts set forth in the Disclosure Statement and Plan, a claim for payment and reimbursement of costs and expenses. The Debtors and Official Committee of Unsecured Creditors agree to support such a request pursuant to the terms of the Disclosure Statement and Plan.

2

5.     Any objections and responses to the entry of this Order or the relief granted herein, and all reservations of rights included therein, that have not been withdrawn, waived, settled, or otherwise resolved, are hereby overruled and denied.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order without seeking further order of the Court.

7.     Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  March 9 , 2010
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

3