IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re : Chapter 11
:
Fairfield Residential LLC, *et al.*,[1] : Case No. 09-14378 (BLS)
:
Debtors. : (Jointly Administered)
:
: **Re: Docket No. 800**
---------------------------------------------------------------x

## NOTICE OF FILING OF REVISED GUARANTY CLAIMS PROTOCOL AND LIQUIDATING TRUST AGREEMENT

PLEASE TAKE NOTICE THAT on May 24, 2010, in connection with *The Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 509], the above-captioned debtors and debtors in possession filed their *Notice of Filing of Guaranty Claims Protocol and Liquidating Trust Agreement* [Docket No. 800] (the "Notice"). Copies of the Debtors' *Guaranty Claims Protocol* (the "Claims Protocol") and *Liquidating Trust Agreement* (the "Trust Agreement") were attached to the Notice as Exhibit A and Exhibit B, respectively.

PLEASE TAKE FURTHER NOTICE that, today, in connection with *The Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy*

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fairfield Residential LLC, a Delaware limited liability company (8277), Fairview Homes, Inc., a Delaware corporation (9930), FF Development L.P., a Delaware limited partnership (2310), FF Properties L.P., a Delaware limited partnership (5355), Fairview Residential LLC, a Delaware limited liability company (5416), FF Realty LLC, a Delaware limited liability company (5941), Fairfield Financial A LLC, a Delaware limited liability company (7014), FF Investments LLC, a Delaware limited liability company (7066), Fairview Investments LLC, a Delaware limited liability company (9605), Fairfield Affordable Housing LLC, a Delaware limited liability company (7111), FF Development, Inc., a Delaware corporation (2308), FF Properties, Inc., a Delaware corporation (5354), Fairview Residential L.P., a Delaware limited partnership (9788), Fairview Residential WA LLC, a Delaware limited liability company (9703) and Fairview Residential CA L.P., a Delaware limited partnership (9972). The mailing address of each of the Debtors is 5510 Morehouse Drive, Suite 200, San Diego, California 92121.

*Code* [Docket No. 835], the Debtors have filed a revised Claims Protocol (the "Revised Protocol") and a revised Trust Agreement (the "Revised Trust Agreement"). The Revised Protocol is attached hereto as **Exhibit A**, and a blackline showing changes made since the Claims Protocol was originally filed is attached hereto as **Exhibit B**. The Revised Trust Agreement is attached hereto as **Exhibit C**, and a blackline showing changes made since the Trust Agreement was originally filed is attached hereto as **Exhibit D**.

Dated: July 2, 2010
Wilmington, Delaware

Respectfully submitted,

*/s/ T-McRt*

Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
Lee E. Kaufman (DE 4877)
Travis A. McRoberts (DE 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
        heath@rlf.com
        kaufman@rlf.com
        mcroberts@rlf.com

-and-

Richard A. Chesley (IL 6240877)
Kimberly D. Newmarch (DE 4340)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: richardchesley@paulhastings.com
        kimberlynewmarch@paulhastings.com

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION